# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **RICHARD THIBEAUX JR ET AL** | **CASE NO. 6:21-CV-01235** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **STARR INDEMNITY & LIABILITY CO** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections/and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's Motion to Remand (Rec. Doc. 6) is DENIED.

Signed at Lafayette, Louisiana, this 8th day of September, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE